Carolyn Hunt Cottrell (SBN 166977)
Esther Bylsma (SBN 264208)
Andrew D. Weaver (SBN 318935)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
ebylsma@schneiderwallace.com
aweaver@schneiderwallace.com

*Attorneys for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITO LOPEZ, on behalf of himself and the putative Class members;<br><br>             Plaintiff,<br><br>vs.<br><br>EUROFINS SCIENTIFIC, INC., ENVIRONMENTAL SAMPLING SUPPLY, INC., TESTAMERICA LABORATORIES, INC., and DOES 1-10, inclusive.<br><br>             Defendants. | Case No. 3:21-cv-08652-LB<br><br>[PROPOSED] JUDGMENT<br><br>Date: February 15, 2024<br>Time: 9:30am<br>Courtroom: B<br>Judge: Hon. Laurel Beeler |

1    The Motion for Final Approval of Class Action and PAGA Representative Action Settlement

2   filed by Rito Lopez, Plaintiff in this action and the related Private Attorneys General Act ("PAGA")

3   action pending as *Rito Lopez v. Eurofins Scientific, Inc., et al.*, Case No. 21CV004840 in the Superior

4   Court of California, County of Alameda (collectively, the "Action"), came on for hearing on February

5   15, 2024, at 9:30am in Courtroom B, 15th Floor, of the above captioned court, the Honorable Laurel

6   Beeler presiding. Defendants in the Action did not oppose the motion.

7    The Court previously granted Plaintiff's Motion for Preliminary Approval of Class Action and

8   PAGA Representative Action Settlement (*see* ECF Nos. 56, 78), the parties have fully briefed the

9   issues regarding final approval and attorneys' fees, costs, and service award, the case has been heard,

10  and the Court has granted final approval of the Settlement (*see* ECF No. 90). Therefore, the Court

11  HEREBY ORDERS, ADJUDGES, AND DECREES that judgment shall be and hereby is entered in

12  the above-captioned matter on the terms set forth in the Court's entered Order Granting Plaintiff's

13  Motion for Final Approval of Class Action and PAGA Representative Action Settlement, which is

14  incorporated herein by this reference as though set forth in full. All claims asserted in this Action are

15  dismissed with prejudice as to Settlement Class Members, as defined in the Amended Class Action

16  Settlement Agreement And Release, which is incorporated by reference as though set forth in full, to

17  the maximum extent permitted by law. This Judgment hereby incorporates by reference the definitions

18  of the Amended Class Action Settlement Agreement And Release, as though fully set forth herein,

19  and all terms used herein shall have the same meaning as set forth therein.  By operation of this

20  Judgment and upon the effective date of the Judgment, all Participating Individuals' Released Claims,

21  Released California Class Claims, Released PAGA Claims, and the related claims of the LWDA, and

22  Named Plaintiff's Released Claims, shall be fully, finally, and forever released, relinquished, and

23  discharged.

24   Except as set forth in the Amended Class Action Settlement Agreement And Release and the

25  Final Approval Order, each party is to bear his/its own attorneys' fees and costs. All Settlement Class

26  Members are permanently enjoined from pursuing or seeking to reopen, any of the Released Claims

27  to the maximum extent permitted by law.  Without affecting the finality of the Judgment, the Court

28

- 1 -
[PROPOSED] JUDGMENT
*Rito Lopez v. TestAmerica Laboratories, Inc., et al., Case No. 3 :21-cv-08652-LB*

shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Settlement Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Amended Class Action Settlement Agreement And Release.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: _April 3, 2024_

_____
HON. LAUREN BEELER
United States Magistrate Judge
United States District Court for the
Northern District of California